# Exhibit "A"

# NOTICE TO PAY RENT OR QUIT

TO: RONALE J. BEA-MONE III; MOONALISA YOUNG ; DOES 1 TO 5

WITHIN THREE DAYS after the service on you of this notice, you are hereby required to pay the rent of the premises hereinafter described, of which you now hold possession, amounting to the sum of SEVENTEEN THOUSAND FOUR HUNDRED DOLLARS 00/100 ($ 17,400.00 ) enumerated as follows:

| | |
|---|---|
| $ 1,450.00 due from NOVEMBER | 15, 2015 to DECEMBER 14, 2015. |
| $ 1,450.00 due from DECEMBER | 15, 2015 to JANUARY 14, 2016. |
| $ 1,450.00 due from JANUARY | 15, 2016 to FEBRUARY 14, 2016. |
| $ 1,450.00 due from FEBRUARY | 15, 2016 to MARCH 14, 2016. |
| $ 1,450.00 due from MARCH | 15, 2016 to APRIL 14, 2016. |
| $ 1,450.00 due from APRIL | 15, 2016 to MAY 14, 2016. |
| $ 1,450.00 due from MAY | 15, 2016 to JUNE 14, 2016. |
| $ 1,450.00 due from JUNE | 15, 2016 to JULY 14, 2016. |
| $ 1,450.00 due from JULY | 15, 2016 to AUGUST 14, 2016. |
| $ 1,450.00 due from AUGUST | 15, 2016 to SEPTEMBER 14, 2016. |
| $ 1,450.00 due from SEPTEMBER | 15, 2016 to OCTOBER 14, 2016. |
| $ 1,450.00 due from OCTOBER | 15, 2016 to NOVEMBER 14, 2016. |

OR QUIT AND DELIVER UP THE POSSESSION OF THE PREMISES.
The premises herein referred to as:

**32788 SHEILA LANE, WILDOMAR, CA 92595**

YOU ARE FURTHER NOTIFIED THAT IF YOU DO NOT COMPLY WITH EITHER OF THE ABOVE, the undersigned does hereby elect to declare the forfeiture of your lease or rental described premises and lessor will institute legal proceedings to recover rent and possession of said premises

THIS IS FURTHER NOTICE THAT DELIVERY OF POSSESSION OF THE PREMISES, OR THE PAYMENT OF THE AMOUNTS DEMANDED IN THIS NOTICE, MUST BE PAYABLE AS INDICATED AND DELIVERED TO THE PERSON INDICATED AS FOLLOWS.

PAYABLE TO: JOE HOMS
ADDRESS:    PO BOX 2761, MISSION VIEJO, CA 92690
TELEPHONE:  (949) 394-0149
DURING NORMAL BUSINESS HOURS: MONDAY-SUNDAY 9:00 A.M. - 5:00 P.M.

YOU ARE HEREBY NOTIFIED THAT A NEGATIVE CREDIT REPORT REFLECTING ON YOUR CREDIT REPORT MAY BE SUBMITTED TO A CREDIT REPORTING AGENCY IF YOU FAIL TO FULFILL THE TERMS OF YOUR CREDIT/RENTAL OBLIGATIONS.

Dated this 20TH day of OCTOBER 2016

STEVEN D. SILVERSTEIN, ATTORNEY
14351 RED HILL AVE., STE. G
TUSTIN, CA 92780
714-832-3551

CARLOS HOMS, TRUSTEE OF THE
CARLOS HOMS AND JOSEFINA HOMS
FAMILY TRUST
OWNER/LANDLORD

Exhibit 2