UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 17-00550-JLS (DFM)                           Date:  May 11, 2018
Title:  Ronale Bea-Mone, III v. Silverstein Eviction Law Offices

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                           Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE RE: SANCTIONS**

     On May 11, 2018, the Court held oral argument on Plaintiff's Motion for Leave to Refile Motion for Partial Summary Judgment.  (Doc. 56.)  Plaintiff's counsel did not appear for the hearing.  Accordingly, the Court ORDERS Plaintiff's counsel to show cause, in writing, (1) why counsel failed to appear; and (2) why counsel should not be sanctioned in the form of payment of Defendant's attorney fees for his time spent attending the hearing.  Plaintiff's counsel's response is due within **five (5) days** of this Order.

                                                   Initials of Preparer:  tg