Amorette Rinkleib (*Pro Hac Vice*)
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
Telephone: (602) 899-9189
Facsimile: (866) 317-2674
arinkleib@consumerlawinfo.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronale Bea-Mone, III, | Case No. 8:17-cv-00550-JLS-DFM |
| Plaintiff, | **NOTICE OF LODGING OF PROPOSED FINAL PRETRIAL CONFERENCE ORDER** |
| vs. | |
| Steven D. Silverstein, Attorney at Law, | |
| Defendant. | |

PLEASE TAKE NOTICE that Plaintiff Ronale Bea-Mone, III hereby lodges the attached proposed final pretrial Conference Order.

Respectfully submitted,

/s/ Amorette Rinkleib
Amorette Rinkleib (*Pro Hac Vice*)
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
Telephone: (602) 899-9189
Facsimile: (866) 317-2674
arinkleib@consumerlawinfo.com
Attorney for Plaintiff

Notice of Lodging of Final Pretrial Conference Order - 1

**CERTIFICATE OF SERVICE**

I certify that on June 5, 2018, the Notice of Lodging of Final Pretrial Conference Order was served on Defendant through counsel of record below via electronic mail through the ECF system of the United States District Court:

Larry Rothman
Larry Rothman & Associates
160 Old Springs Road Ste. 170
Anaheim Hills, CA 92808
tocollect@aol.com

                                         /s/Amorette Rinkleib
                                         Amorette Rinkleib