HARRINGTON FOXX DUBROW AND CANTER LLP
DALE B. GOLDFARB - State Bar No. 65955
333 South Hope Street, Suite 1000
Los Angeles, CA 90071
(213) 489-3222  Telephone
(213) 622-4253  Facsimile
Email: dgoldfarb@hfdclaw.com  (office) and
Email: dale@dalegoldfarb.com

LARRY ROTHMAN & ASSOCIATES
LARRY ROTHMAN - State Bar No. 72451
Weir Canyon Corporate Center
160 Old Springs Road, Suite 170
Anaheim Hills, California 92808
(714) 363 0220 Telephone
(714) 363 0229 Facsimile
tocollect@aol.com E-Mail

Attorneys for the Defendant:
SILVERSTEIN EVICTION LAW OFFICES (STEVEN D. SILVERSTEIN)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

| | |
|---|---|
| RONALE BEA-MONE<br><br>                     Plaintiff,<br><br>vs.<br><br>SILVERSTEIN EVICTION LAW OFFICES<br><br>                     Defendant. | CASE NO: 8:17- cv-550-JLS (DFMx)<br><br>**CREDITOR' S LIEN**<br><br>Judge: Josephine L. Staton<br>Courtroom: 10A |

TO THE CLERK OF THE COURT, THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that a Creditor, Carlos Homs, Trustee for the Carlos Homs Family Trust claims a priority lien on this case for funds that are determined in favor of the Plaintiff under *Code of Civil Procedure Section 708.410* Judgment creditor's lien in pending action or proceeding that states:

**(a)** A judgment creditor who has a money judgment against a judgment debtor who is a party to a pending action or special proceeding may obtain a lien under this article, to the extent required to satisfy the judgment creditor's money judgment, on both of the following:
**(1)** Any cause of action of such judgment debtor for money or property that is the subject of the action or proceeding.
**(2)** The rights of such judgment debtor to money or property under any judgment subsequently procured in the action or proceeding.
**(b)** To obtain a lien under this article, the judgment creditor shall file a notice of lien and an abstract or certified copy of the judgment creditor's money judgment in the pending action or special proceeding.
**(c)** At the time of the filing under subdivision (b) or promptly thereafter, the judgment creditor shall serve on all parties who, prior thereto, have made an appearance in the action or special proceeding a copy of the notice of lien and a statement of the date when the notice of lien was filed in the action or special proceeding. Service shall be made personally or by mail. Failure to serve all parties as required by this subdivision does not affect the lien created by the filing under subdivision (b), but the rights of a party are not affected by the lien until the party has notice of the lien.
**(d)** For the purpose of this article, an action or special proceeding is pending until the time for appeal from the judgment has expired or, if an appeal is filed, until the appeal has been finally determined.

1 | Attached as Exhibit 1 is a certified copy of the judgment that has been liened.

2

3 | LARRY ROTHMAN AND ASSOCIATES

4 | DATED: November 19, 2018.

5 | S/LARRY ROTHMAN
LARRY ROTHMAN,
6 | Attorney for the Defendant:
7 | SILVERSTEIN EVICTION LAW OFFICES

8

9 | HARRINGTON FOXX DUBROW AND CANTER LLP

10

11 | DATED: November 19, 2018.

12 | S/DALE B. GOLDFARB
DALE B. GOLDFARB
13 | Attorney for the Defendant:
14 | SILVERSTEIN EVICTION LAW OFFICES

15

16

17 | DATED: November 19, 2018.

18

19 | S/STEVEN D. SILVERSTEIN
20 | STEVEN D. SILVERSTEIN
State Bar No. 86466
21 | 14351 Redhill Avenue, Suite G
22 | Tustin, CA 92680
(714) 832-3651 telephone
23 | (714) 832-7781 facsimile
24 | evictions@stevendsilverstein.com

25
Attorney for Judgment Creditor
26 | Carlos Homs, Trustee for the Carlos Homs Family Trust

27

28

-3-

# EXHIBIT 1

|  |  |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):<br>STEVEN D. SILVERSTEIN #86466<br>ATTORNEY AT LAW<br>14351 RED HILL AVE., SUITE G<br>TUSTIN, CA 92780<br>TELEPHONE NO: 714-832-3651  FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): EVICTIONS@STEVENDSILVERSTEIN.COM<br>ATTORNEY FOR (Name): PLAINTIFF | UD-110<br>FOR COURT USE ONLY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE<br>STREET ADDRESS: 30755-D AULD ROAD<br>MAILING ADDRESS: SAME AS ABOVE<br>CITY AND ZIP CODE: MURRIETA, CA 92563<br>BRANCH NAME: SOUTHWEST JUSTICE CENTER | F I L E D<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF RIVERSIDE<br><br>NOV 2 2 2016<br><br>K. Paleo<br><br>NOV 2 8 2016 |
| PLAINTIFF: CARLOS HOMS, TRUSTEE OF THE CARLOS HOMS<br>AND JOSEFINA HOMS FAMILY TRUST<br>DEFENDANT: RONALE J. BEA-MONE III; MONALISA YOUNG | |
| JUDGMENT—UNLAWFUL DETAINER<br>☐ By Clerk  ☐ By Default  ☒ After Court Trial<br>☒ By Court  ☐ Possession Only  ☐ Defendant Did Not Appear at Trial | CASE NUMBER:<br>SWC1601906 |

**JUDGMENT**

1. ☐ **BY DEFAULT**
   a. Defendant was properly served with a copy of the summons and complaint.
   b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.
   c. Defendant's default was entered by the clerk upon plaintiff's application.
   d. ☐ Clerk's Judgment (Code Civ. Proc., § 1169). For possession only of the premises described on page 2 (item 4).
   e. ☒ Court Judgment (Code Civ. Proc., § 585(b)). The court considered
      (1) ☒ plaintiff's testimony and other evidence.
      (2) ☐ plaintiff's or others' written declaration and evidence (Code Civ. Proc., § 585(d)).

2. ☒ **AFTER COURT TRIAL.** The jury was waived. The court considered the evidence.
   a. The case was tried on (date and time): 11/22/16 @ 1:00 P.M.
      before (name of judicial officer): ALBERT J WOJCIK
   b. Appearances by:
      ☒ Plaintiff (name each): CARLOS HOMS, TRUSTEE OF THE CARLOS HOMS AND JOSEFINA HOMS FAMILY TRUST
      ☒ Plaintiff's attorney (name each):
         (1) BILL WINDHAM SPECIALLY APPEARING FOR STEVEN D. SILVERSTEIN
         (2)
      ☐ Continued on Attachment 2b (form MC-025).
      ☒ Defendant (name each):
         Ronald J Bea-Mone III
         monalisa young
      ☐ Defendant's attorney (name each):
         (1)
         (2)
      ☐ Continued on Attachment 2b (form MC-025).
   c. ☐ Defendant did not appear at trial. Defendant was properly served with notice of trial.
   d. ☒ A statement of decision (Code Civ. Proc., § 632)  ☒ was not  ☐ was  requested.

Form Approved for Optional Use<br>Judicial Council of California<br>UD-110 [Rev. January 1, 2003]  **JUDGMENT—UNLAWFUL DETAINER**  Legal Solutions Plus  Page 1 of 2<br>Code of Civil Procedure, §§ 415.46, 585(d), 664.6, 1169

| PLAINTIFF: CARLOS HOMS, TRUSTEE OF THE CARLOS HOMS AND JOSEFINA HOMS FAMILY TRUST | CASE NUMBER: |
|---|---|
| DEFENDANT: RONALE J. BEA-MONE III; MONALISA YOUNG | SWC1601906 |

JUDGMENT IS ENTERED AS FOLLOWS BY: [X] THE COURT  [ ] THE CLERK

3. Parties. Judgment is
   a. [X] for plaintiff (name each): CARLOS HOMS, TRUSTEE OF THE CARLOS HOMS AND JOSEFINA HOMS FAMILY TRUST
      and against defendant (name each): RONALE J. BEA-MONE III; MONALISA YOUNG

      [ ] Continued on Attachment 3a (form MC-025).
   b. [ ] for defendant (name each):

4. [X] Plaintiff  [ ] Defendant  is entitled to possession of the premises located at (street address, apartment, city, and county):
   32788 SHEILA LANE, WILDOMAR, RIVERSIDE COUNTY, CA 92595

5. [X] Judgment applies to all occupants of the premises including tenants, subtenants if any, and named claimants if any (Code Civ. Proc., §§ 715.010, 1169, and 1174.3).

6. Amount and terms of judgment
   a. [X] Defendant named in item 3a above must pay plaintiff on the complaint:
      (1) [X] Past-due rent          $17,400.00
      (2) [X] Holdover damages       $338.31
      (3) [X] Attorney fees          $500.00
      (4) [X] Costs                  $450.00
      (5) [ ] Other (specify):       $
      (6) TOTAL JUDGMENT             $18,688.31

   b. [ ] Plaintiff is to receive nothing from defendant named in item 3b.
      [ ] Defendant named in item 3b is to recover costs: $
      [ ] and attorney fees: $

   c. [ ] The rental agreement is canceled.  [X] The lease is forfeited.

7. [ ] Conditional judgment. Plaintiff has breached the agreement to provide habitable premises to defendant as stated in Judgment—Unlawful Detainer Attachment (form UD-110S), which is attached.

8. [ ] Other (specify):
   [ ] Continued on Attachment 8 (form MC-025).

Date: 11/22/16             [X] _____ JUDICIAL OFFICER

Date: _____        [ ] Clerk, by _____, Deputy

(SEAL)                     CLERK'S CERTIFICATE (Optional)
                           I certify that this is a true copy of the original judgment on file in the court.
                           Date:
                           Clerk, by _____, Deputy

UD-110 [New January 1, 2003]   JUDGMENT—UNLAWFUL DETAINER   Page 2 of 2

This must be in red to be a "CERTIFIED COPY"

Each document to which this certificate is attached is certified to be a full, true and correct copy of the original on file and of record in my office.

Superior Court of California
County of Riverside

By _____
               DEPUTY
Dated: 11-16-2018

Certification must be in red to be a "CERTIFIED COPY"

# CERTIFICATE OF SERVICE- PROOF OF SERVICE

State of California, County of Orange:

I am employed in the county and state aforesaid. I am over the age of 18 and not a party to the within action; my business address is: 160 South Old Springs Road, Suite 170 Anaheim Hills, California 92808

On November 19, 2018, I served the foregoing document described as **CREDITOR LIEN**

on the parties listed below in this action as follows:

Plaintiff's Counsel addresses:

Amorette Rinkleib (*Pro Hac Vice*)
Russell S Thompson, IV (*Pro Hac Vice*)
Thompson Consumer Law Group PLLC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
Telephone: (602) 899-9189
Facsimile: (866) 317-2674
arinkleib@consumerlawinfo.com
Attorney for Plaintiff

Elliot Albert Rosenberger, Esq.
Biletsky Rosenberger
7080 Hollywood Boulevard Suite 1100
Los Angeles, CA 90028
Telephone 424-442-9243
Facsimile 866-317-2674
Email: er@biletskyrosenberger.com

[ X ] **BY ELECTRONIC MAIL.** I caused the above document to be electronically mailed through the ECF system of the United States District Court. Executed on November 19, 2018, at Anaheim Hills California.

[ ] **BY ELECTRONIC MAIL.** I caused the above document to be electronically sent to the above-referenced opposing party or his/her/its counsel to the above referenced email address.

[ ] **BY FACSIMILE.** I caused the above referenced document to be sent by facsimile to the above-referenced opposing party or his/her/its counsel to the at the above referenced facsimile number

[ ] **BY PERSONAL DELIVERY.** I caused the above referenced document to be delivered to the above-referenced opposing party or his/her/its counsel at the above address.

[ X ] **BY FIRST CLASS MAIL.** . I caused the above referenced document to be sent by First Class Mail – postage paid to the above-referenced opposing party or his/her/its counsel at the above address.

[ X ] **FEDERAL.** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

[ ] **STATE OF CALIFORNIA.** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of United States and the State of California that the above is true and correct.

S/LARRY ROTHMAN
_____
LARRY ROTHMAN