UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronale Bea-Mone, III, | Case No. 8:17-cv-00550-JLS-DFM |
| Plaintiff, | **FINAL JUDGMENT** |
| vs. | |
| Steven D. Silverstein, Attorney at Law, | |
| Defendant. | |

Pursuant to the Jury's Special Verdict (Doc. 91), it is hereby ORDERED, ADJUDGED, AND DECREED that judgment is entered for $1,000.00 in favor of Plaintiff Ronale Bea-Mone III and against Defendant Steven D. Silverstein. Pursuant to Local Rule 54-10, Plaintiff's motion for attorneys' fees must be served and filed within fourteen (14) days after the entry of this final judgment. Plaintiff is a "prevailing party" and may seek an award of costs by filing an Application to Tax Costs pursuant to Local Rules 54-2 and 54-3 within fourteen (14) days after the entry of this final judgment.

DATED: November 30, 2018

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE