Amorette Rinkleib (*Pro Hac Vice*)
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
Telephone: (602) 899-9189
Facsimile: (866) 317-2674
arinkleib@consumerlawinfo.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Ronale Bea-Mone, III, | ) Case No. 8:17-cv-00550-JLS-DFM |
|---|---|
| Plaintiff, | ) **NOTICE OF LODGING OF** |
| vs. | ) **AMENDED [PROPOSED] FINAL** |
|  | ) **JUDGMENT AND ORDER** |
| Steven D. Silverstein, Attorney at Law, | ) |
| Defendant. | ) |

PLEASE TAKE NOTICE that Plaintiff Ronale Bea-Mone, III hereby lodges the attached amended proposed final judgment and order.

Respectfully submitted,

/s/ Amorette Rinkleib
Amorette Rinkleib (*Pro Hac Vice*)
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
Telephone: (602) 899-9189
Facsimile: (866) 317-2674
arinkleib@consumerlawinfo.com
Attorney for Plaintiff

Notice of Lodging of Amended [Proposed] Final Judgment and Order - 1

## CERTIFICATE OF SERVICE

I certify that on February 22, 2019, the Notice of Lodging of Amended [Proposed] Final Judgment and Order was served on Defendant through counsel of record below via electronic mail through the ECF system of the United States District Court:

| | |
|---|---|
| Larry Rothman | Dale B. Goldfarb |
| Larry Rothman & Associates | Harrington, Foxx, Dubrow & Canter |
| 160 Old Springs Road Ste. 170 | 333 S. Hope St. Ste. 1000 |
| Anaheim Hills, CA 92808 | Los Angeles, CA 90071 |
| tocollect@aol.com | dgoldfarb@hfdclaw.com |

/s/Amorette Rinkleib
Amorette Rinkleib