UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronale Bea-Mone, III, ) | Case No. 8:17-cv-00550-JLS-DFM |
| ) | |
| Plaintiff, ) | **AMENDED FINAL JUDGMENT** |
| ) | **AND ORDER** |
| vs. ) | |
| ) | |
| Steven D. Silverstein, Attorney at Law, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

     Pursuant to the Jury's Special Verdict (Doc. 91), this Court's Order awarding Plaintiff his attorney's fees and non-taxable costs (Doc. 116), and Plaintiff's Bill of Costs (Doc. 104), it is hereby ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff Ronale Bea-Mone III and against Defendant Steven D. Silverstein as follows:

     1.    Statutory damages in the amount of $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A);

2.    Attorney's fees and non-taxable costs in the amount of $95,732.54 pursuant to 15 U.S.C. § 1692k(a)(3); and

3.    Taxable costs in the amount of $1,380.35 pursuant to 28 U.S.C. § 1920.

Dated: March 06, 2019

_____

Hon. Josephine L. Staton
United States District Judge