DALE B. GOLDFARB - State Bar No. 65955
333 South Hope Street, Suite 1000
Los Angeles, CA 90071
(213) 489-3222  Telephone
(213) 622-4253  Facsimile
Email: dgoldfarb@hfdclaw.com  (office) and
Email: dale@dalegoldfarb.com

LARRY ROTHMAN & ASSOCIATES
LARRY ROTHMAN - State Bar No. 72451
Weir Canyon Corporate Center
160 Old Springs Road, Suite 170
Anaheim Hills, California 92808
(714) 363 0220 Telephone
(714) 363 0229 Facsimile
tocollect@aol.com E-Mail

Attorneys for the Defendant:
STEVEN D. SILVERSTEIN dba SILVERSTEIN EVICTION LAW OFFICES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

| | |
|---|---|
| RONALE BEA-MONE<br><br>Plaintiff,<br><br>vs.<br><br>SILVERSTEIN EVICTION LAW OFFICES<br><br>Defendant. | CASE NO: 8:17- cv-550-JLS (DFMx)<br><br>**STIPULATION TO SET ASIDE JUDGMENT AND DISMISS CASE WITH PREJUDICE** |

-1-

TO THE COURT, THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Parties pursuant to a confidential settlement stipulate to set aside the judgment in this action and dismiss the case with prejudice.

DATED: 9/25/2019

                                                                                    _____
                                                                                    RONALE BEA-MONE III,
                                                                                    Plaintiff and Appellee

DATED:

                                                                                    _____
                                                                                    STEVEN D. SILVERSTEIN
                                                                                    Defendant and Appellant


                                                                                    LARRY ROTHMAN AND ASSOCIATES

DATED: 10/14/19

                                                                                    S/LARRY ROTHMAN
                                                                                    LARRY ROTHMAN,
                                                                                    Attorneys for the Defendant and Appellant:
                                                                                    STEVEN D. SILVERSTEIN, Attorney at Law,


                                                                                    THOMPSON CONSUMER LAW GROUP

DATED: 9/15/19

                                                                                    S/RUSSELL S. THOMPSON IV
                                                                                    RUSSELL S. THOMPSON IV
                                                                                    Attorneys For The Plaintiff And Appellee:
                                                                                    RONAL BEA-MONE III,

-2-

TO THE COURT, THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Parties pursuant to a confidential settlement stipulate to set aside the judgment in this action and dismiss the case with prejudice.

DATED:

                                                    RONALE BEA-MONE III,
                                                  Plaintiff and Appellee

DATED: 9-18-19

                                                  STEVEN D. SILVERSTEIN
                                                  Defendant and Appellant

                                                  LARRY ROTHMAN AND ASSOCIATES

DATED:
    S/LARRY ROTHMAN
                                                  LARRY ROTHMAN,
                                Attorneys for the Defendant and Appellant:
                                STEVEN D. SILVERSTEIN, Attorney at Law,

                                                  THOMPSON CONSUMER LAW GROUP

DATED:

                                                  S/RUSSELL S. THOMPSON IV
                                                  RUSSELL S. THOMPSON IV
                                Attorneys For The Plaintiff And Appellee:
                                                  RONAL BEA-MONE III,

**CERTIFICATE OF SERVICE- PROOF OF SERVICE**

# CERTIFICATE OF SERVICE- PROOF OF SERVICE

State of California, County of Orange:

I am employed in the county and state aforesaid. I am over the age of 18 and not a party to the within action; my business address is: 160 South Old Springs Road, Suite 170 Anaheim Hills, California 92808

On October 15, 2019, I served the foregoing document described as:

**STIPULATION TO SET ASIDE JUDGMENT AND DISMISS CASE WITH PREJUDICE**

on the parties listed below in this action as follows:

**Elliot Albert Rosenberger, Esq.**
Biletsky Rosenberger
7080 Hollywood Boulevard Suite 1100
Los Angeles, CA 90028
Phone    424-442-9243
Fax:      866-317-2674
Email:    er@biletskyrosenberger.com

**Amorette Rinkleib, Esq.**
**Russell S Thompson, IV, Esq.**
Thompson Consumer Law Group PLLC
5235 East Southern Avenue Suite D106-618
Mesa, AZ 85206
Phone 602-889-9189
Fax: 866-317-2674
Email: arinkleib@consumerlawinfo.com and tclg@consumerlawinfo.com
*PRO HAC VICE*

[ x ]     **BY ELECTRONIC MAIL.** I caused the above document to be electronically sent through the ECF system of the United States District Court.

[ ]     **BY ELECTRONIC MAIL.** I caused the above document to be electronically sent to the above-referenced opposing party or his/her/its counsel to the above referenced email address per agreement or court ruling.

-3-

[ ]     **BY ELECTRONIC MAIL.** I caused the above document to be electronically sent to the above-referenced opposing party or his/her/its counsel to the above referenced email address.

[ ]     **BY FACSIMILE.** I caused the above referenced document to be sent by facsimile to the above-referenced opposing party or his/her/its counsel to the at the above referenced facsimile number

[ ]     **BY PERSONAL DELIVERY.** I caused the above referenced document to be delivered to the above-referenced opposing party or his/her/its counsel at the above address.

[ ]     **BY FIRST CLASS MAIL.** I caused the above referenced document to be sent by First Class Mail – postage paid to the above-referenced opposing party or his/her/its counsel at the above address.

[ ]     **[BY DESIGNATED ELECTRONIC FILING SERVICE]** Pursuant to Section 1010.6 of the Code of Civil Procedure, and rule 2.253(b) of the California Rules of Court. I electronically filed the document(s) with Los Angeles County Superior Court via Green Filing California an E-filing Service Provider designated by the Court.   I hereby certify that the above-referenced document(s) were served electronically on the parties listed herein at their most recent known email address or email of record by submitting an electronic version of the document(s) to Green Filing California, through the user interface at https://california.greenfiling.com/cabeta/

[ x ]     **FEDERAL.** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

[ ]     **STATE OF CALIFORNIA.** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of United States and the State of California that the above is true and correct.

S/LARRY ROTHMAN

_____
LARRY ROTHMAN

-4-