1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9
10

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

11
12

13 | RONALE BEA-MONE

14 |             Plaintiff,

15 | vs.

16

17 | SILVERSTEIN EVICTION LAW
OFFICES

18 |             Defendant.

19 | _____

20

CASE NO: 8:17- cv-550-JLS (DFMx)

**ORDER SETTING ASIDE JUDGMENT AND DISMISSING CASE WITH PREJUDICE**

21
22
23
24
25
26
27
28

THE PARTIES hereby stipulate that the judgment entered in this action in favor of  Ronale Bea-Mone and against Steven D. Silverstein Dba Silverstein Eviction Law Offices shall be set aside and this action dismissed with prejudice.

IT IS SO ORDERED.

DATED:  October 18, 2019

_____
Hon. Josephine L. Staton
United States District Judge